**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                    Case No. 12-33228

    Nicole M Schramm

    Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/21/2012.

2) The plan was confirmed on 10/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/27/2013, 08/26/2013, 01/16/2014.

5) The case was dismissed on 01/31/2014.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,522.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $2,460.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$2,460.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $2,009.07 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $95.93 | |
| Other | $355.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$2,460.00** |

Attorney fees paid and disclosed by debtor:   $15.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL SERVICES INC | Unsecured | 13.70 | NA | NA | 0.00 | 0.00 |
| ACTIVITY COLLECTION SVC | Unsecured | 1,721.00 | 1,721.40 | 1,721.40 | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Unsecured | 28.45 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL DBA GM I | Unsecured | 9,778.00 | 9,802.68 | 9,802.68 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CB USA INC | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 85.00 | 96.05 | 96.05 | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| DIFRANCO PERIODONTICS | Unsecured | 19.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICAL CENTER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,633.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,193.00 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| JRSI | Unsecured | 1,367.92 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF RHEA DORSAM | Unsecured | 1,509.37 | NA | NA | 0.00 | 0.00 |
| LIBERTY MUTUAL | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,075.00 | 1,074.97 | 1,074.97 | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 816.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ANESTESIOLOGISTS LTD | Unsecured | 356.44 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 24.03 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC | Unsecured | 112.08 | NA | NA | 0.00 | 0.00 |
| MSB PARKING | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| NATIONAL ASSET RECOVERY INC | Unsecured | 812.80 | NA | NA | 0.00 | 0.00 |
| PALOS PATHOLOGY ASSOC | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,214.00 | 1,007.47 | 1,007.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 3,500.00 | 3,500.29 | 3,500.29 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 8.55 | NA | NA | 0.00 | 0.00 |
| RHEA A DORSAM | Priority | NA | 1,509.37 | 1,509.37 | 0.00 | 0.00 |
| SALLIE MAE EDUCATIONAL CREDIT | Unsecured | 5,099.00 | 6,604.07 | 6,604.07 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 687.00 | NA | NA | 0.00 | 0.00 |
| TORRES CREDIT SERVICES | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| UIMC REFERENCE LABORATORY | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 1,417.00 | 196.54 | 196.54 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 196.00 | NA | NA | 0.00 | 0.00 |
| WESTMONT FIRE DEPARTMENT | Unsecured | 19.50 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,509.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,509.37** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$24,203.47** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $2,460.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,460.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/02/2014                     By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**